United States Bankruptcy Court
District of Massachusetts

In re:  
Sheila Martins Souza  
    Debtor

Case No. 21-40314-cjp  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-4 | User: meh | Page 1 of 2 |
| Date Rcvd: May 12, 2021 | Form ID: ntcdsm | Total Noticed: 4 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sheila Martins Souza, 50 Williams Street, Apartment #1, Marlborough, MA 01752-6052 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QJBALDIGA.COM | May 13 2021 01:48:00 | Joseph H. Baldiga, Mirick, O'Connell, DeMallie & Lougee, 1800 West Park Drive, Suite 400, Westborough, MA 01581-3960 |
| smg | + Email/Text: duabankruptcy@detma.org | May 12 2021 22:16:00 | CHIEF COUNSEL, LEGAL DEPARTMENT, DEPARTMENT OF UNEMPLOYMENT ASSISTANCE, COMMONWEALTH OF MASSACHUSETTS, 19 STANIFORD STREET,1ST FLOOR, Boston, MA 02114-2502 |
| smg | EDI: MASSDOR | May 13 2021 01:48:00 | MASS DEPT OF REVENUE, BANKRUPTCY UNIT, P0 BOX 9564, Boston, MA 02114-9564 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John T Kozma | |

| | | |
|---|---|---|
| District/off: 0101-4 | User: meh | Page 2 of 2 |
| Date Rcvd: May 12, 2021 | Form ID: ntcdsm | Total Noticed: 4 |

on behalf of Debtor Sheila Martins Souza john.kozma@gmail.com

Joseph H. Baldiga

jbaldiga@mirickoconnell.com  jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com

Richard King

USTPRegion01.WO.ECF@USDOJ.GOV

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Sheila Martins Souza<br>           Debtor, | Chapter: 7<br>Case No: 21−40314<br>Judge Christopher J. Panos |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Debtor, Sheila Martins Souza** was entered on 4/27/21 .

Date:5/12/21

By the Court,

Megan Hussey
Deputy Clerk
508−770−8950

7